UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBRA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | No. 5:10-CV-444-FL |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 16, 2011, that the plaintiff's Motion for Judgment on the Pleadings is DENIED, defendant's Motion for Judgment on the Pleadings is GRANTED, and this matter is DISMISSED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 20, 2011, and Copies To:**

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


June 20, 2011                     DENNIS P. IAVARONE, CLERK
                                     /s/ Susan W. Tripp
                                  (By) Susan W. Tripp, Deputy Clerk